# UNITED STATES BANKRUPTCY APPELLATE PANEL
# OF THE TENTH CIRCUIT

_____

| | |
|---|---|
| IN RE LORENZO LUCIANO LOPEZ, <br><br> Debtor. <br> _____ <br><br> LORENZO LUCIANO LOPEZ, <br><br> Appellant, <br><br> v. <br><br> LON A. JENKINS, Chapter 13 Trustee, and AUNTIE TUT TRUST, <br><br> Appellees. | BAP No. UT-25-001 <br> BAP No. UT-25-002 <br><br><br> Bankr. No. 24-26705 <br> Chapter 13 <br><br><br> ORDER ALLOWING APPEALS TO PROCEED |

_____

Before **ROMERO**, Chief Judge, **SOMERS**, and **LOYD**, Bankruptcy Judges.

_____

On March 19, 2025, Appellee Auntie Tut Trust filed a *Motion for a Video Status Conference and Motion to Dismiss if Debtor Lorenzo Luciano Lopez Does Not Appear*. Accordingly, on April 21, 2025, the Court held a video status conference at which the following individuals appeared: Appellant Lorenzo Luciano Lopez, Appellee Lon Jenkins (Chapter 13 Trustee), Katherine Kang (counsel for Chapter 13 Trustee), Jeremy Sink (counsel for Appellee Auntie Tut Trust), and Johnathan Darger (Appellant in BAP Case Nos. UT-25-3, UT-25-4, and UT-25-5). Appellant has now delivered to the Court a copy

of his temporary identification card issued by the Utah Driver License Division and a copy of his application for a new Social Security card.

Appellant has given prima facie evidence that he exists by appearing at the video status conference and providing identification. While counsel for Appellee Auntie Tut Trust raised the issue of mootness at the status conference, the Court will take no action on that issue until a proper motion is filed with the Court.

Therefore, it is HEREBY ORDERED that BAP Case Nos. UT-25-1 and UT-25-2 shall be allowed to proceed.

For the Panel

*Anne Zoltani*

Anne Zoltani
Clerk of Court